UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Moore, Jr., <br><br>                              Petitioner,<br><br>            v.<br><br>People of California,<br><br>                              Respondent. | Case No. 2:21-cv-00707-VBF-LAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

     Accordingly, IT IS ORDERED THAT:

     1.    The Report and Recommendation is approved and accepted;

     2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

1    3.   The Clerk serve copies of this Order on the parties.

DATED:  September 7, 2023          *Valerie Baker Fairbank*
                                   _____
                                   Honorable Valerie Baker Fairbank
                                   United States District Judge