JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Moore, Jr.<br><br>          Petitioner,<br><br>      v.<br><br>People of California,<br><br>          Respondent. | Case No. 2:21-cv-00707-VBF-LAL<br><br>**FINAL JUDGMENT** |

Final judgment is hereby entered in favor of the respondent and against the petitioner.

IT IS SO ADJUDGED.

DATED: September 7, 2023

*Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
Senior United States District Judge